NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARIO JUAREZ and WHITNEY JUAREZ, )
individually; WHITNEY JUAREZ, as parent )
and natural guardian of Marley Juarez, a )
minor; and WHITNEY JUAREZ, as parent )
and natural guardian of Landon Juarez, a )
minor, )
           )
     Appellants, )
           )
v. )   Case No. 2D17-5022
           )
TERI L. ST. HILAIRE, as personal )
representative of the Estate of Norman G. )
Graf, deceased; GROW FINANCIAL )
FEDERAL CREDIT UNION; and RS&H, )
INC., a Florida corporation, as successor in )
interest to Reynolds, Smith and Hills, Inc., a )
Florida corporation, )
           )
     Appellees. )
_____ )

Opinion filed November 14, 2018

Appeal from the Circuit Court for Pinellas
County; Patricia A. Muscarella, Judge.

R. Stanley Gipe of Papa & Gipe, P.A.,
Clearwater, for Appellants.

Thomas F. Brink of Litchfield Cavo LLP,
Tampa, for Appellee Grow Financial.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.